B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Alabama

In re **Ashley Snipe**  
Debtor(s)

Case No. **15-30097**  
Chapter **7**

# AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**SPRING LEAF** | **Describe Property Securing Debt:**<br>**2001 CHEVROLET S-10 WITH APPROX. 111K MILES** (Driver's door needs to be repaired. It will not latch and a spring needs to be replaced) |

Property will be (check one):  
☒ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☒ Claimed as Exempt ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES  ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **February 27, 2015**   Signature **/s/ Ashley Snipe**  
**Ashley Snipe**  
Debtor