B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Middle District of Alabama
Case No. 15−30097
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ashley Snipe
    505 Park Lakes Dr
    Montgomery, AL 36117

Social Security / Individual Taxpayer ID No.:
    xxx−xx−7807

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: April 22, 2015

*[signature]*

William R. Sawyer
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                           Middle District of Alabama
In re:                                                             Case No. 15-30097-WRS
Ashley Snipe                                                       Chapter 7
       Debtor            CERTIFICATE OF NOTICE
District/off: 1127-2          User: admin                  Page 1 of 2                  Date Rcvd: Apr 23, 2015
                              Form ID: B18                 Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2015.
db             +Ashley Snipe,    505 Park Lakes Dr,    Montgomery, AL 36117-7659
aty            +Joshua C. Milam,    Shinbaum & Campbell,    566 S. Perry Street,    Montgomery, AL 36104-4632
3232863        +1ST FRANKLIN,    4662 HIGHWAY 231,    WETUMPKA, AL 36092-3312
3232868         AT & T,    PO BOX 163250,    Columbus, OH 43216-3250
3232869        +BAPTIST MEDICAL CENTER EAST,    PO BOX 241145,    Montgomery, AL 36124-1145
3232870        +BEKMN ASSOC,    560 S MCDONOUGH ST,    MONTGOMERY, AL 36104-4604
3232874        +CHARTER COMMUNICATION,    8014 BAYBERRY ROAD,    Jacksonville, FL 32256-7412
3232876        +CITIFINANCIAL,    300 SAINT PAUL PL,    BALTIMORE, MD 21202-2120
3232879        +CITIFINANCIAL,    4600 FULLER,    Irving, TX 75038-6551
3232877        +CITIFINANCIAL,    808 GLOVER AVE,    Enterprise, AL 36330-2018
3232860         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3232862         EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3232886        +FIRST BK OF DE/CONTINE,    1000 ROCK RUN PARKWAY,    WILMINGTON, DE 19803-1455
3232887        +FIRSTBKDE/CF,    1000 ROCK RUN PARKWAY,    WILMINGTON, DE 19803-1455
3232890         KNOLOGY,    1241 O. G. SKINNER DRIVE,    West Point, GA 31833-1789
3232892         MONTGOMERY WATER WORKS,    P.O. BOX 1631,    MONTGOMERY, AL 36102-1631
3232891        +Max Federal Credit Union,    400 Eastdale Circle,    Montgomery, AL 36117-2117
3232893        +ONEMAIN FI,    PO BOX 499,    HANOVER, MD 21076-0499
3232895        +RENT RECOVERY SOLUTION,    2814 SPRING RD SE STE 30,    ATLANTA, GA 30339-3046
3232896        +REPUBLIC,    2252 EASTERN BLVD STE E,    Montgomery, AL 36117-1555
3233402        +Republic Finance Bankruptcy Center,    7535 Airways Blvd Ste 210,    Southaven, Ms 38671-5809
3232897         SECURITY FIN,    C/O SECURITY FINAN,    SPARTANBURG, SC 29304
3232861        +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
3232902        +WOW,    3173 Taylor Road,    Montgomery, AL 36116-6504
3232901        +WOW,    6050 Knology Way,    Columbus, GA 31909-4962

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QDGHAMM.COM Apr 23 2015 21:48:00      Daniel G. Hamm,    Hamm & Wilkins, P.C.,
                 560 South McDonough St., Ste A,    Montgomery, AL 36104-4605
3232864        +EDI: AAEO.COM Apr 23 2015 21:48:00      AARON SALES & LEASE OW,    1015 COBB PLACE BLVD.,
                 KENNESAW, GA 30144-3672
3232866        +E-mail/Text: G2APCBANK@southernco.com Apr 23 2015 21:50:36      ALABAMA POWER,   P.O. BOX 160,
                 MONTGOMERY, AL 36101-0160
3232865        +EDI: AFNIRECOVERY.COM Apr 23 2015 21:48:00      Afni,    ATTENTION: BANKRUPTCY,
                 1310 MARTIN LUTHER KING DR,    BLOOMINGTON, IL 61701-1465
3232867        +EDI: AGFINANCE.COM Apr 23 2015 21:48:00      American General Financial/Springleaf Fi,
                 ATTENTION: BANKRUPTCY,    PO BOX 3251,    EVANSVILLE, IN 47731-3251
3232872         EDI: CAPITALONE.COM Apr 23 2015 21:48:00      CAP ONE,    P.O. BOX 85015,
                 Richmond, VA 23285-5075
3232875        +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Apr 23 2015 21:55:02      CHARTER COMMUNICATIONS,
                 5990 MONTICELLO DR,    Montgomery, AL 36117-6210
3232880        +E-mail/Text: bk@creditcentralllc.com Apr 23 2015 21:50:58      CREDIT CENTRAL,
                 700 E NORTH ST STE 15,    GREENVILLE, SC 29601-3013
3232881        +EDI: CMIGROUP.COM Apr 23 2015 21:53:00      CREDIT MANAGEMENT LP,    4200 INTERNATIONAL PKWY,
                 CARROLLTON, TX 75007-1912
3232882        +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM Apr 23 2015 21:51:00      CREDIT SYSTEMS INTL IN,
                 1277 COUNTRY CLUB LN,    FORT WORTH, TX 76112-2304
3232871        +EDI: STFC.COM Apr 23 2015 21:48:00      Cach Llc/Square Two Financial,    ATTENTION: BANKRUPTCY,
                 4340 SOUTH MONACO ST. 2ND FLOOR,    DENVER, CO 80237-3485
3232873        +EDI: CAPITALONE.COM Apr 23 2015 21:48:00      Capital 1 Bank,    ATTN: GENERAL CORRESPONDENCE,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
3232883        +EDI: NAVIENTFKASMDOE.COM Apr 23 2015 21:48:00      DEPT OF ED/NAVIENT,    PO BOX 9635,
                 WILKES BARRE, PA 18773-9635
3232884         EDI: DIRECTV.COM Apr 23 2015 21:48:00      DirecTV,    P O Box 538605,    Atlanta, GA 30353-8605
3232885        +E-mail/Text: bknotice@erccollections.com Apr 23 2015 21:50:43      Enhanced Recovery Corp,
                 ATTENTION: CLIENT SERVICES,    8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
3232888        +EDI: HFC.COM Apr 23 2015 21:48:00      HSBC/TAX,    90 CHRISTIANA ROAD,
                 NEW CASTLE, DE 19720-3118
3232889        +EDI: IIC9.COM Apr 23 2015 21:48:00      IC System,    ATTN: BANKRUPTCY,
                 444 HIGHWAY 96 EAST; PO BOX 64378,    ST. PAUL, MN 55164-0378
3232894        +E-mail/Text: mtg.bankruptcy@regions.com Apr 23 2015 21:50:42      Regions Mortgage,    BANKRUPTCY,
                 PO BOX 18001,    HATTIESBURG, MS 39404-8001
3232898        +EDI: AGFINANCE.COM Apr 23 2015 21:48:00      SPRING LEAF,    600 N ROYAL AVE,
                 Evansville, IN 47715-2612
3232899        +E-mail/Text: tidewaterlegalebn@twcs.com Apr 23 2015 21:50:32      TIDEWATER CREDIT SERVI,
                 565 CEDAR RD,    CHESAPEAKE, VA 23322-5569
3232900        +EDI: AFNIVERIZONE.COM Apr 23 2015 21:48:00      Verizon,    500 TECHNOLOGY DR,    STE 550,
                 WELDON SPRING, MO 63304-2225
                                                                                              TOTAL: 21
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3232878      ##+CITIFINANCIAL,    5757B ATLANTA HWY,    Montgomery, AL 36117-2150
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2015 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Daniel G. Hamm    dhamm@hammwilkins.com,    dghamm@ecf.epiqsystems.com;cwilkins@cbwlegal.com
              Joshua C. Milam     on behalf of Debtor Ashley  Snipe jmilam@smclegal.com,    smclegalecf@gmail.com
                                                                                           TOTAL: 3
```